FLORENCE E. FEINBERG, Appellant, v. WM. SCHUMAN & SON et al., Defendants, and DOROTHY FEINBERG et al., Respondents.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.

PIERRE D'ALLEMAGNE et al., a Copartnership Doing Business under the Name of D'ALLEMAGNE & WIECHULA, and as Assignee and Successor of Pierre D'Allemagne et al., a Copartnership Doing Business under the Name of D'ALLEMAGNE & BARBACKI, Respondent, v. MORRIS LAPIDUS, Doing Business as MORRIS LAPIDUS ASSOCIATES, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.